UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:  Michael P. Wood                    )         Case No:    11-37900
        Diane D. Wood                      )         Chapter 13

## NOTICE OF REQUEST FOR ANNUAL STATEMENT OF INCOME AND EXPENDITURES AND TAX RETURNS

**COMES NOW,** Carl M. Bates, Chapter 13 Trustee, and notifies the Debtor(s) and Debtor(s)' Counsel of his standing request to provide, pursuant to 11 USC § 521 (f) and (g), each year statements, under penalty of perjury, of income and expenditures, to include the amount and source of income, the amount of contribution and identity of the party who contributes to the household in which the debtor resides, and to provide, annually, copies of tax returns.

The sworn statement of income and expenditures, and tax returns are to be sent to his office by the same means of delivery as is required for documents for 341 hearings. It is requested the above be provided each year without further Notice or Request by the Trustee.

Date: January 2, 2013                              /s/Carl M. Bates
                                                   Carl M. Bates
                                                   Chapter 13 Trustee

### Certificate of Service

I hereby certify that on January 2, 2013, I have mailed or hand-delivered a true copy of the foregoing Notice of Request For Annual Statement of Income And Expenditures And Tax Returns to the debtor(s), Michael P. and Diane D. Wood, 3621 Branch Lake Court, Powhatan, VA 23139 and electronically sent to debtor's attorney, Barry C. Hodge, Esquire, barrychodgeesq@verizon.net.

                                                   /s/Carl M. Bates
                                                   Carl M. Bates
                                                   Chapter 13 Trustee

Carl M. Bates
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23218-1819
(804) 237-6800
VSBN  27815